Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MEY KUEI PARN and FOU VANG PARN, husband and wife; YAO SENG TARNG and NAI VEM TARNG, husband and wife; YAOTA TEUNG and CHIOTA CHAO, husband and wife; YAOCHIEN SIRISISANGPHA and FARN KOUEI SIRISISANGPHA, husband and wife; CHANCHOY CHAO and FAYEVANG CHAO, husband and wife; KAOSENG CHAO and JAIPU CHAO, husband and wife; PAUL CHAO and AMANDA PHAN, husband and wife; YAOFOU CHAO and YING POU SAEPHAN, husband and wife; E. FOW SAELEE and FARM YIEN SAELEE, husband and wife; and TON CHIENG SAECHAO and NAI SIN SAEPHANH, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF VETERANS AFFAIRS, f/k/a The Administrator of Veterans Affairs, an agency of the United States of America,<br><br>Defendant. | No. 2:16-cv-00710-TSZ<br><br>JUDGMENT |

JUDGMENT - 1

**SAYRE LAW OFFICES, PLLC**
1320 University St
Seattle WA  98101-2837
206/625-0092
fax 206/625-9040

THIS MATTER, having come on by the stipulated motion of the parties, docket no. 9, before the Court, and Plaintiffs, having appeared through Christine Martin-Lord of Sayre Law Offices, PLLC; and Defendant Secretary of Veterans Affairs, having appeared through Kyle A. Forsyth, Assistant United States Attorney.  Consistent with the parties' stipulation, the Court finds that Defendant disclaims any interest in real property commonly known as 4348 South Henderson Street, Seattle, Washington, 98118, and that Plaintiffs are entitled to the relief requested.

Based on stipulation of the parties and said findings of facts and conclusions of law, the Court enters judgment as follows:

**1.**   Fee simple title is hereby quieted, established, and confirmed in Plaintiffs, against the claims of the Defendant, for real property commonly known as 4348 South Henderson Street, Seattle, Washington, 98118, and legally described as follows (the "Property"):

> LOTS 5, 6 AND 7 IN BLOCK 2 OF DUNLAP'S SUPPLEMENTAL TO THE CITY OF SEATTLE, ACCORDING TO THE PLAT RECORDED IN VOLUME 12 OF PLATS AT PAGE 42, IN KING COUNTY, WASHINGTON;
>
> EXCEPT PORTION OF LOTS 6 AND 7 FOR THE CITY OF SEATTLE TRANSMISSION LINE AS CONDEMNED IN SUPERIOR COURT CAUSE NO. 241252 COMMENCED PURSUANT TO ORDINANCE NO. 59599.

Tax Parcel #212470-0025-03

**2.**   Defendant is ORDERED to issue to the Plaintiffs a quit claim deed and all other documents required to effect the quieting of title described in Paragraph 1 above,

JUDGMENT - 2

in a form similar to the quit claim deed available at docket no. 9-1, within 60 days after entry of the judgment.

Dated this 6th day of July, 2016.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

| SAYRE LAW OFFICES, PLLC | ANNETTE L. HAYES<br>United States Attorney |
|---|---|
| /s/ Christine Martin-Lord<br>Jeffrey M. Sayre, WSBA #19056<br>Christine Martin-Lord, WSBA #31847<br>Attorneys for Plaintiffs | By: /s/ Kyle A. Forsyth<br>Kyle A. Forsyth, WSBA #34609<br>Assistant United States Attorney |

JUDGMENT - 3